RECEIVED

JAN 10 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| ALBERT ALEXANDER | CIVIL ACTION NO. 09-1016 |
| VERSUS | JUDGE DOHERTY |
| LAFAYETTE CITY PARISH CONSOLIDATED GOVERNMENT, ET AL | MAGISTRATE JUDGE HANNA |

### *JUDGMENT*

This matter was referred to United States Magistrate Judge Patrick J. Hanna for a Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and consideration of the objections filed, this Court concludes that the findings and recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

**IT IS ORDERED** that the Motion for Summary Judgment by William T. Babin Individually and as Assistant District Attorney (Rec. Doc. 17) is **GRANTED** and plaintiff's claims against this defendant are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 10 day of January, 2010. 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE