RECEIVED

JAN 1 0 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| ALBERT ALEXANDER | CIVIL ACTION NO. 09-1016 |
| VERSUS | JUDGE DOHERTY |
| LAFAYETTE CITY PARISH CONSOLIDATED GOVERNMENT, ET AL | MAGISTRATE JUDGE HANNA |

### *JUDGMENT*

This matter was referred to United States Magistrate Judge Patrick J. Hanna for a Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and noting the objection filed, this Court concludes that the findings and recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

**IT IS ORDERED** that the Motion for Summary Judgment on Behalf of Defendant Michael W. Neustrom. (Rec. Doc. 20) is **GRANTED** and plaintiff's claims against this defendant are **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED, in chambers, ~~in Lafayette,~~ Louisiana, on this _10_ day of January, ~~2010.~~ 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE