RECEIVED

MAY 1 1 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| ALBERT ALEXANDER | CIVIL ACTION NO. 09-1016 |
| VERSUS | JUDGE DOHERTY |
| LAFAYETTE CITY PARISH CONSOLIDATED GOVERNMENT, ET AL | MAGISTRATE JUDGE HANNA |

## *JUDGMENT*

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record and noting the lack of objection, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' Motion for Summary Judgment (Rec. Doc. 42) is **GRANTED** and plaintiff's claims against these defendants are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff's two motions entitled "Plaintiff Motion for NonMutual Collateral Estoppel" (Rec. Docs. 51 and 56) are **DENIED**.

Signed in Lafayette, Louisiana, this 11 day of May, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE